# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN ANTHONY SCOTT

NO. 2021 KW 0398

**JUNE 21, 2021**

---

In Re:  Brian Anthony Scott, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 601902.

---

**BEFORE:  GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.**

JMG
JMM
PMc

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT